**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Adela Ramos

Debtor

Chapter 13   No.   18-23925

Judge   A. Benjamin Goldgar

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR AUTOMATIC STAY

To:   Adela Ramos
      4055 W. 80th Place
      Chicago, IL 60652

      Marilyn O Marshall
      224 South Michigan Ste 800
      Chicago, IL 60604

      David M Siegel
      David M. Siegel & Associates
      790 Chaddick Drive
      Wheeling, IL 60090

      Efrain Ramos
      4055 W. 80th Place
      Chicago, IL 60652

      Concepcion Ramos
      4055 W. 80th Place
      Chicago, IL 60652

PLEASE TAKE NOTICE that on September 24, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar in Room 642, Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present the attached motion, at which time and place you may appear if you wish.

/s/ Matthew C. Abad
Matthew C. Abad

## PROOF OF SERVICE

I, the undersigned, an attorney, certify that I served the Debtor by regular mail at the address above, and David M Siegel and Marilyn O Marshall through the Court ECF system on or before 09/11/2019.

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858

Kluever & Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 236-0077
Our File: SPSB.2533

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Adela Ramos

                                    Debtor

Chapter 13 No.     18-23925

Judge     A. Benjamin Goldgar

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND CO-DEBTOR AUTOMATIC STAY

U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay and 11 U.S.C. §1301 for relief from co-debtor automatic stay as to Efrain Ramos and Concepcion Ramos with respect to certain real property of the Debtor having an address of 4055 W. 80th PL, Chicago, IL 60652 (the "Property").  In further support of this Motion, Movant respectfully states:

1.      Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code on 8/24/2018.

2.      Debtor's Chapter 13 Plan was confirmed on 11/20/2018.

3.      The Debtor, Adela Ramos, has executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $177,600.00 (the "Note").  A copy of the Note is attached hereto.

4.      As security for that Note, Adela Ramos, Efrain Ramos and Concepion Ramos executed a Mortgage (the "Mortgage") pledging the subject property as security for that Note. All obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Mortgage are secured by the Property.  A copy of the Mortgage and assignments, if any, are attached hereto.

5.      U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes is an entity who has the right to foreclose the Mortgage.

6.      Efrain Ramos and Concepcion Ramos as a signors on the Mortgage are co-debtors pursuant to 11 U.S.C. §1301.

7.      Select Portfolio Servicing, Inc. services the loan on the Property referenced in this Motion.

8.      As of September 4, 2019, the outstanding amount of the Obligations is: $208,619.35.

9.      The Debtor's plan calls for the Debtor to make post-petition mortgage payments to the Movant.

10.      The following amounts are due from Debtor post-petition:

| Number of Missed/Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 5 | 5/01/2019 | 9/01/2019 | $987.25 | $4,936.25 |
| Less post-petition partial payments: | | | | ($22.00) |

Total:          $4,914.25

11.     The estimated market value of the Property is $182,000.00.  The basis for such valuation is a Broker's Price Opinion prepared 3/19/2019.

12.     Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $208,619.35.

13.     Cause exists for relief from the automatic stay for the following reasons:

a)     Debtor is in default on the post-petition payments required by the confirmed plan have not been made to Movant.

b)     Pursuant to 11 U.S.C. § 362(d)(1), Movant's interest in the Property is not adequately protected.

c)     Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtors have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

14.     Grounds exist to modify and lift the stay under 11 U.S.C §1301(c)(3)  as the Movant's interest would be irraparably harmed if the Co-Debtor Stay is not lifted as:

a)     The Debtor is in default on the post-petition payments; and

b)     Efrain Ramos and Concepcion Ramos have an ownership interest in the subject property.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and co-debtor automatic stay and granting the following:

1.  Relief from the stay and co-debtor stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2.  That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3.  For such other relief as the Court deems proper.

U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes


/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858
Counsel for Movant

Date: 09/11/2019


Kluever & Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 236-0077
Our File: SPSB.2533