**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

| | | | | |
|---|---|---|---|---|
| All Cases: Debtor | Adela Ramos | Case No. 18-23925 | Chapter | 13 |
| All Cases: Moving Creditor | U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes | Date Case Filed: | 8/24/2018 | |

Nature of Relief Sought: ☑ Lift Stay ☐ Annul Stay ☐ Other (Describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed 11/20/2018

Chapter 7: No Asset Report Filed on _____

No Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home   ☐ Real Property
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of September 4, 2019   $208,619.35
   Total of all other liens against Collateral  $0.00

3. In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in all cases)   $182,000.00

5. Default
   a. ☑ Pre-Petition Default
       Number of Months  22     Amount: $19,639.40

   b. ☑ Post-Petition Default
       i. ☑ On Direct Payments to the Moving Creditor
          Number of Months  5     Amount  $4,914.25
       ii. ☐ On Payments to the Standing Chapter 13 Trustee
          Number of Months _____ Amount _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection §362(d)(1)
      i.   ☐ No Insurance
      ii.  ☐ Taxes Unpaid   Amount _____
      iii. ☐ Rapidly Depreciating Asset
      iv.  ☐ Other (describe) _____
   b. ☑ No Equity and not Necessary for an Effective Reorganization §362(d)(2)
   c. ☐ Other "Cause" §362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention Regarding the Collateral
      i.   ☐ Reaffirm    ii. ☐ Redeem
      iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed
      v.   ☐ Not Listed on Statement of Intention Filed

Date: 09/11/2019                               /s/ Matthew C. Abad