

|  |  |
|---|---|
| Preparation Date: | 09/04/19 |
| Prepared by: | Mubeena |

**Loan Information:**

| Loan Number | X X X X X X 2299 |
|---|---|
| Debtors Name - 1 | ADELA RAMOS |
| Debtors Name - 2 |  |
| Property Address | 4055 W 80TH PL |
| Property State | IL |

**Bankruptcy Information:**

| Bankruptcy Case # | 18-23925 |
|---|---|
| Filing Date: | 8/24/2018 |
| Person filing: | M1 |
| Number of previous filings: | 2 |

**Post petition due**

| Post petition due date: | 05/01/19 |
|---|---|
| Post petition $$$ due: | $4,914.25 |
| Post petition insurance: | $0.00 |
| Post petition taxes: | $0.00 |
|  |  |
| Total Post petition due | **$4,914.25** |

| Comment |
|---|
| Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments. |

**Post-Petition Payment History Detail**

| Post pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
|---|---|---|---|---|
| 09/26/18 | 09/01/18 | $987.25 | $990.00 |  |
| 10/08/18 | NSF | -$987.25 | -$990.00 | NSF/Returned Check |
| 10/25/18 | 09/01/18 | $987.25 | $990.00 |  |
| 11/29/18 | 10/01/18 | $987.25 | $990.00 |  |
| 12/27/18 | 11/01/18 | $987.25 | $990.00 |  |
| 03/29/19 | 12/01/18 | $987.25 | $990.00 |  |
| 04/25/19 | 01/01/19 | $987.25 | $990.00 |  |
| 06/27/19 | 02/01/19 | $987.25 | $990.00 |  |
| 07/25/19 | 03/01/19 | $987.25 | $990.00 |  |
| 08/28/19 | 04/01/19 | $987.25 | $990.00 |  |
| Due | 05/01/19 | $987.25 | 0.00 |  |
| Due | 06/01/19 | $987.25 | 0.00 |  |
| Due | 07/01/19 | $987.25 | 0.00 |  |
| Due | 08/01/19 | $987.25 | 0.00 |  |
| Due | 09/01/19 | $987.25 | 0.00 |  |
| Total Due |  | $12,834.25 |  |  |
| Total Received |  |  | $7,920.00 |  |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.